IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH WILLIAM SULLIVAN,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
  and
PERRY RUSSELL, WARDEN,
Real Party in Interest.

No. 85075

FILED

AUG 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se postconviction petition for a writ of habeas corpus challenges several actions of the district court regarding the postconviction petition for a writ of habeas corpus that petitioner filed below on November 10, 2021.

Having considered the petition, we are not persuaded that writ relief is warranted, because petitioner has a plain, speedy, and adequate legal remedy available to him by way of an appeal from any district court order denying his petition in the first instance. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 844 (2004) ("Petitioner[] carr[ies] the burden of demonstrating that extraordinary relief is warranted," and writ relief is

22-25008

proper only when there is no plain, speedy, and adequate remedy at law).[1] Accordingly, we

ORDER the petition DENIED.



_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Stiglich

cc:     Keith William Sullivan
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

---

[1]Given our disposition here, we deny all of petitioner's pending motions and additional requests for relief as moot.